**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable David F. Levi
Chief United States District Judge
Sacramento, California

                              RE:    Marcus Jerome JOHNSON
                                      Docket Number:  2:01CR00459-01
                                      <u>**RECOMMENDATION TO VACATE**</u>
                                      <u>**COURT DATE AND DISMISS**</u>
                                      <u>**VIOLATION PETITION**</u>

Your Honor:

On September 15, 2004, a Prob 12C petition was filed in the above-named matter.  The petition alleged the probationer failed to make restitution payments as directed by the probation officer. Numerous status hearings were ordered to give the probationer more time to return to compliance with his supervision conditions.

Since the Prob 12C petition was filed, the probation officer has worked with the probationer by closely monitoring his financial status.  He recently secured full-time employment and relocated in the same complex from a two-bedroom to a one-bedroom apartment.  He also terminated his cell phone account.  These activities were completed to ensure more cash-flow, in order to secure monthly restitution payments.  Since January 3, 2005, he has paid approximately $160 toward his outstanding balance of restitution.  Lastly, the probationer continues to be compliant in submitting his monthly supervision reports.

Based on the above factors, the following recommendation is made:

Re:     **Marcus Jerome JOHNSON**
        **Docket Number:   2:01CR00459-01**
        <u>**RECOMMENDATION TO VACATE COURT DATE AND**</u>
        <u>**DISMISS VIOLATION PETITION**</u>

It is respectfully recommended the status hearing scheduled for June 23, 2005, be vacated, and the Prob 12C petition filed on September 15, 2004, be dismissed. All parties are in agreement with this recommendation.

                        Respectfully submitted,

                        /s/ Shari R. Simon

                    **SHARI R. SIMON**
                    **United States Probation Officer**

Dated:      June 3, 2005
            Sacramento, California
            srs:jec


**REVIEWED BY:**           /s/ Richard A. Ertola
                    **RICHARD A. ERTOLA**
                    **Supervising United States Probation Officer**


cc:     Jim Arguelles
        Assistant United States Attorney

        Rachelle Barbour
        Assistant Federal Defender




AGREE: ___X_____          DISAGREE: _____


/s/ David F. Levi                                    6/9/2005
**DAVID F. LEVI**                                    DATE
Chief United States District Judge