```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  Lexi Negin, Bar #250376
    Assistant Federal Defender
 3  801 I Street, 3rd. Floor
    Sacramento, California  95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MARCUS JEROME JOHNSON
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-01-459 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| MARCUS JEROME JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

    This case is currently scheduled for a status hearing on March 25, 2008. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for March 25, 2008, be continued until April 15, 2008. In addition, the parties stipulate that the time period from March 25, 2008, to April 15, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

    A proposed order is attached and lodged separately for the court's convenience.

1

1  DATED: March 24, 2008

2
                    Respectfully submitted,
3
   McGREGOR W. SCOTT                    DANIEL BRODERICK
4  United States Attorney               Federal Defender

5

6   /s/Lexi Negin for Ben Wagner         /s/ Lexi Negin
   BEN WAGNER                           LEXI NEGIN
7  Assistant U.S. Attorney              Assistant Federal Defender
   Attorney for United States           Attorney for Marcus Jerome Johnson
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                      1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARCUS JEROME JOHNSON,<br><br>　　　　　　Defendant. | CASE NO. CR-S-01-459 DLJ<br><br>ORDER CONTINUING STATUS HEARING<br>AND EXCLUDING TIME PURSUANT TO THE<br>SPEEDY TRIAL ACT |

For the reasons set forth in the stipulation of the parties, filed on March 24, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for March 25, 2008, be vacated and that the case be set for Tuesday, April 15, 2008 at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 24, 2008 stipulation, the time under the Speedy Trial Act is excluded from March 25, 2008, through April 15, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:  March 24, 2008

　　　　　　　　　　　　　　　　　　　　/s/ D. Lowell Jensen
　　　　　　　　　　　　　　　　　　　　D. LOWELL JENSEN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2