1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LEXI NEGIN, Bar # 250376
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MARCUS JOHNSON
6

**FILED**

MAY 1 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 01-549 (JAM) |
|---|---|---|
| Plaintiff, | ) | ~~PROPOSED~~ ORDER TO SEAL |
| v. | ) | |
| MARCUS JOHNSON, | ) | |
| Defendant. | ) | Judge: Hon. John A. Mendez |

Defendant's Exhibit A to his Sentencing Memorandum contains his passport number and his Social Security Number. The information is required in unredacted form so that the Court can evaluate the parties recommendations for sentencing in this case. Therefore, pursuant to Federal Rules of Criminal Procedure 49.1, the document should not be filed on the public record.

IT IS HEREBY ORDERED that Exhibit A to the Sentencing Memorandum filed by the defendant shall be sealed.

Dated: May 14, 2008

_____
John A. Mendez
United States District Court Judge